**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DEBORA A. HARGIS,

    Plaintiff,

v.                                               CASE NO: 8:07-cv-1299-T-26MAP

TARGET CORPORATION,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Defendant's Motion to Dismiss Count VII of Amended Complaint (Dkt. 13) is granted. The Court agrees with Defendant's contention that Congress has not bestowed a private right of action on an individual to enforce the record keeping requirements of 29 U.S.C. § 626(a) and that such an enforcement action is reserved exclusively to the Equal Employment Opportunity Commission. Count VII shall stand dismissed with prejudice.

**DONE AND ORDERED** at Tampa, Florida, on October 22, 2007.

                                               s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record